387 A.2d 109

Commonwealth v. Preston, Appellant.

Argued December 8, 1977. Samuel L. Andes, Public Defender, for appellant; J. Michael Eakin, Assistant District Attorney, with him Edgar B. Bayley, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.